No. 74–5023.  EVERETT v. ARIZONA.  Sup. Ct. Ariz. Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–5034.  RICE v. VINCENT, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–5163.  PICKENS v. TEXAS.  C. A. 5th Cir. Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1329.  PENNSYLVANIA v. WOODS.  Sup. Ct. Pa. Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari denied.

No. 73–1536.  HENDERSON, WARDEN v. BARKSDALE. C. A. 5th Cir.  Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari denied.

No. 73–1653.  ENSLOW, SHERIFF v. WATSON.  Sup. Ct. Colo.  Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari denied.

No. 73–1726.  UNITED STATES v. HAMILTON.  C. A. 9th Cir.  Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari denied.

No. 73–1783.  MONTICELLO v. MONTICELLO.  Ct. App. Md.  Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari denied.